UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-61121-CIV-ZLOCH

SCOTT MULVANEY,

    Petitioner,

vs.                       **FINAL ORDER OF DISMISSAL**

WALTER A. McNEIL,

    Respondent.
_____/

    THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 17) filed herein by United States Magistrate Judge Patrick A. White. No objections have been filed to said Report. The Court has conducted a <u>de novo</u> review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The Report Of Magistrate Judge (DE 17) filed herein by United States Magistrate Judge Patrick A. White, be and the same is hereby approved, ratified and adopted by the Court;

    2.    The Petitioner's Petition For Writ Of Habeas Corpus (DE 1) be and the same is hereby **DENIED**;

    3.    The above-styled cause be and the same is hereby **DISMISSED**; and

    4.    To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   22nd   day of April, 2008.

                                                      WILLIAM J. ZLOCH
                                                    United States District Judge

Copies furnished:
See Attached Mailing List

SCOTT MULVANEY vs. WALTER A. McNEIL
CASE NO. 07-61121-CIV-ZLOCH

The Honorable Patrick A. White
United States Magistrate Judge

Scott Mulvaney, Pro Se
DC #L37014
Walton Correctional Institution
691 Institution Road
DeFuniak Springs, FL 32433

James J. Carney, Esq.
Assistant Attorney General
1515 North Flagler Dr.
9th Floor
West Palm Beach, FL 33401-3432